STATE OF NEW JERSEY v. STEPHEN JANKOWSKI.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SEMMONS.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS RIKER, A/K/A
THOMAS YOUMANS.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS JONES.

February 6, 1987.

Petition for certification denied.